UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Tatyana Silva

    v.                          Civil No. 10-cv-176-JD

Allstate Financial Services


O R D E R

The Amended Proposed Discovery Plan (doc. no. 11) is approved and adopted as a pretrial scheduling order with modifications as outlined below.

    **Trial**: Two week period beginning September 20, 2011.

    Any **expert discovery** shall take place on or before May 1, 2011.

    **Summary judgment motions:** Due on or before May 1, 2011.

The parties neglected to include in their Amended Discovery Plan many of the details specified in Civil Form 2.  See Local Rule 26.1.  As such, the court orders the following additional deadlines and restrictions:

    **Electronic discovery**: The court presumes that the parties anticipate no electronic discovery, as they provided no information regarding the same.  To the extent there is electronic discovery, the parties shall file a supplement to their Amended Discovery Plan, see Fed. R. Civ. P. 26(f), on or before September 14, 2010.

**Interrogatories**: A maximum of 25 by each party to any other party.

**Requests for Admission**: A maximum of 25 by each party to any other party.

**Depositions**: A maximum of 10 by plaintiff and 10 by defendant.

**Disclosure of claims against unnamed parties**: Due on or before November 12, 2010.

**Joinder of Additional Parties**: Due on or before December 14, 2010.

**Third Party Actions**: Due on or before December 14, 2010.

**Amendment of Pleadings**: Due on or before December 28, 2010.

The pretrial conference scheduled for tomorrow is cancelled.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated: September 7, 2010

cc:  Kenneth Eric Rubinstein, Esq.
     Angela K. Troccoli, Esq.